GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 16-25516

Re:   GERALD B CAESAR, JR.                                Atty:   GOLDMAN & BESLOW, LLC
      ANGELA C CAESAR                                             ATTORNEYS AT LAW
      271 S. 18TH STREET                                          7 GLENWOOD AVE, SUITE 311B
      NEWARK, NJ  07103                                           EAST ORANGE, NJ  07017

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $59,900.00**

## RECEIPTS AS OF 12/31/2017     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/30/2016 | $955.00 | 19725874918 | 10/25/2016 | $953.00 | 24075045461 |
| 11/22/2016 | $950.00 | 24096468633 | 01/04/2017 | $1,000.00 | 24096085007 |
| 01/04/2017 | $50.00 | 24096085018 | 01/26/2017 | $1,000.00 | 24214772305 |
| 01/26/2017 | $100.00 | 24214772316 | 03/15/2017 | $50.00 | 24439106520 |
| 03/15/2017 | $1,000.00 | 24439106518 | 05/01/2017 | $1,000.00 | 24439191535 |
| 09/12/2017 | $101.00 | 23748947820 | 09/12/2017 | $1,000.00 | 23748947818 |
| 11/01/2017 | $1,000.00 | 23819220821 | 11/01/2017 | $101.00 | 23819220832 |
| 11/28/2017 | $1,000.00 | 24825214800 | 11/28/2017 | $101.00 | 24825214811 |

**Total Receipts: $10,361.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $10,361.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 03/13/2017 | $969.62 | 775,406 | 05/15/2017 | $988.05 | 779,025 |
| | 06/19/2017 | $941.00 | 780,972 | 10/16/2017 | $1,078.98 | 788,715 |
| | 11/20/2017 | $1,036.04 | 790,289 | 12/18/2017 | $1,036.04 | 792,229 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 576.98 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,799.25 | 100.00% | 3,799.25 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | A MICHAEL BARNES, DMD | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AARON SALES & LEASE OW | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ACCURATE DIAGNOSTIC | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ACCURATE DIAGNOSTIC LABS | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BERKS CREDIT & COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0011 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | EOS CCA | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 16-25516**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0019 | FIRST HORIZON HOME LOA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | GARDEN SAVINGS F.C.U. | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | JERSEY LIBERTY RADIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 207.53 | * | 0.00 | |
| 0024 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 51,279.02 | 100.00% | 6,049.73 | |
| 0027 | OUTPATIENT ANESTHESIA ASOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | PSE&G | UNSECURED | 6,917.79 | * | 0.00 | |
| 0033 | PALISADES COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | QDX PATHOLOGY SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | RARITAN ANESTHESIA ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | SOUTH JERSEY FEDERAL C | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | SOUTH MOUNTAIN IMAGING CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | SOUTHWEST CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | SPECIALTY MD INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | ST. MICHAEL'S MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | THRIFT INVESTMENT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | UNIVERSITY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | UNIVERSITY PHYSCIANS ASSOCIATES O | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | WESTGATE | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | BERKS CREDIT & COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | HESAA | UNSECURED | 2,103.49 | * | 0.00 | |
| 0057 | UNITED STUDENT AID FUNDS INC | UNSECURED | 3,821.49 | * | 0.00 | |

Total Paid:  $10,425.96
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $10,361.00      -      Paid to Claims: $6,049.73      -      Admin Costs Paid: $4,376.23      =      Funds on Hand: $1,036.04

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.